Case: 1:06-cv-03026 Document #: 2 Filed: 06/01/06 Page 1 of 1 PageID #:21

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Linda Hoppa & Jerry Brown

**DEFENDANTS**
Great Western Business Services, LLC and John Does 1-10

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Texas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edelman, Combs, Latturner & Goodwin
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

Attorneys (If Known)
Goldberg Kohn
55 E. Monroe Street, Suite 3700
Chicago, IL 60603 / 312-201-4000

**FILED JUN 0 1 2006 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

**06CV3026 JUDGE NORGLE MAGISTRATE COLE**

**II. BASIS OF JURISDICTION**: [X] 3 Federal Question (U.S. Government Not a Party)

**IV. NATURE OF SUIT**: 890 Other Statutory Actions

**V. ORIGIN**: [X] 2 Removed from State Court

**VI. CAUSE OF ACTION**: 47 U.S.C. 227(b)

**VIII. REQUESTED IN COMPLAINT**: [X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 6/1/06